# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jorge L. Vargas Jr., <br> aka Jorge Vargas Jr., aka Jorge Luis Vargas Jr., aka Jorge <br> Vargas, aka Jorge Luis Vargas, aka Jorge L. Vargas, | Chapter      13 <br><br> Case No.      5:19–bk–03100–RNO |

**Debtor 1**

## <u>Order</u>

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: August 20, 2020             By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

ordsmiss (05/18)