# Notice Recipients

District/Off: 0314–5    User: AutoDocketer    Date Created: 8/20/2020
Case: 5:19–bk–03100–RNO    Form ID: ordsmiss    Total: 37

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    ustpregion03.ha.ecf@usdoj.gov
tr     Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com
aty    Chandra Marie Arkema    carkema@squirelaw.com
aty    Vincent Rubino    VRubino@newmanwilliams.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Jorge L. Vargas, Jr.    234 Coach Road    Tobyhanna, PA 18466
5225088    AARON'S INC    PO BOX 102746    ATLANTA, GA 30368–2746
5225089    ALLY FINANCIAL    PO BOX 380901    BLOOMINGTON, MN 55438
5225090    APEX ASSET MGT    2501 OREGON PIKE STE 120    LANCASTER, PA 17601–4890
5225091    BERKHEIMER TAX ADMINISTRATION    50 NORTH SEVENTH STREET    BANGOR, PA 18013
5225092    BLUE RIDGE COMMUNICATIONS    PO BOX 316    PALMERTON, PA 18071–0316
5225093    BRIDGECREST    PO BOX 52020    PHOENIX, AZ 85072
5225094    BRIDGECREST (FORMERLY DRIVETIME)    PO BOX 29018    PHOENIX, AZ 85038
5231212    Berkheimer, for Coolbaugh twp/Pocono Mountain SD    50 North Seventh Street    Bangor, PA 18013
5225095    CAPITAL ONE    PO BOX 30285    SALT LAKE CITY, UT 84130–0285
5225096    CREDIT ACCEPTANCE    PO BOX 523    SOUTHFIELD, MI 48037
5225507    Credit Acceptance    25505 West Twelve Mile Rd    Suite 3000    Southfield MI 48034
5225097    GEISINGER WYOMING VALLEY    PO BOX 827702    PHILADELPHIA, PA 19182
5251761    GFC Lending, LLC    PO BOX 29018    PHOENIX, AZ 85038
5225098    H & R ACCOUNTS    5320 22ND AVENUE    MOLINE, IL 61265
5234741    J.P. Morgan Mortgage Acquisition Corp.    c/o Rushmore Loan Management Services    P.O. Box 55004    Irvine, CA 92619
5225099    JP MORGAN MTG ACQUISTION CORP    C/O RICHARD SQUIRE & ASSOC LLC    1 JNKTWN ST 115 W AVE STE 104    JENKINTOWN, PA 19046
5225100    KAY JEWELERS    375 GHENT ROAD    FAIRLAWN, OH 44333–4601
5225101    NATIONAL CREDIT ADJUSTERS    PO BOX 3023    HUTCHINSON, KS 67504–3023
5225102    NCA    PO BOX 550327    HUTCHINSON, KS 67504–0550
5225103    NICHOLAS VARGAS    234 COACH ROAD    TOBYHANNA, PA 18466
5225104    PA DEPT OF REVENUE    BUREAU OF COLLECTIONS    PO BOX 281041    HARRISBURG, PA 17128
5225105    POCONO FARMS EAST ASSN    3170 HAMLET DRIVE    TOBYHANNA, PA 18466
5225106    PORFTIO RECOVERY ASSOCIATES    120 CORPORATE BLVD    NORFOLK, VA 23502
5228922    Pennsylvania Department of Revenue    Bankruptcy Division PO Box 280946    Harrisburg, PA 17128–0946
5250484    Portfolio Recovery Associates, LLC    POB 12914    Norfolk VA 23541
5225107    RUSHMORE LOAN MANAGEMENT SERVICES,    15480 LAGUNA CANYON ROAD, SUITE 100    IRVINE, CA 92618
5225108    RUSHMORE LOAN MGMT SVC    CUSTOMER SERVICE DEPT    PO BOX 55004    IRVINE, CA 92619–5004
5225109    TRANSWORLD SYSTEMS INC    PO BOX 15520    WILMINGTON, DE 19850
5225110    VANCE & HUFFMAN    55 MONETTE PKWY STE 100    SMITHFIELD, VA 23430
5225111    WILLIAM SANCHEZ    88 BLACKFORD AVENUE    STATEN ISLAND, NY 10302
5225112    WOODFOREST NATIONAL BANK    WALMART SUPERCENTER    3271 PA–940    MOUNT POCONO, PA 18344
5250351    Woodforest National Bank    PO Box 7889    The Woodlands, TX 77387

TOTAL: 33